```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SERGIO CEBALLOS, | : | |
| | : | CIVIL ACTION |
| PETITIONER, | : | |
| | : | |
| v. | : | |
| | : | |
| IMMIGRATION AND | : | NO. 02-3483 |
| NATURALIZATION SERVICE, | : | |
| BOARD OF ADMINISTRATION, | : | |
| | : | |
| RESPONDENT. | : | |

### **O R D E R**

AND NOW, this 8th day of July, 2002, upon consideration of Petitioner's "Petition for Writ of Habeas Corpus Petition to Remove Detainer Pursuant to 28 U.S.C. § 2241" (Docket No. 1), **IT IS HEREBY ORDERED** that the Government shall file a response to said Petition no later than July 29, 2002.

BY THE COURT:

_____
John R. Padova, J.