```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

SERGIO B. CEBALLOS                  :
                                    :
         Petitioner,                :    CIVIL ACTION NO. 02-3483
                                    :
    v.                              :
                                    :
IMMIGRATION AND NATURALIZATION      :
SERVICE                             :
                                    :
         Respondents.               :

### PRAECIPE TO FILE ATTACHMENTS

TO THE CLERK
United States District Court

    Kindly file with the Court the hard copy attachments to Government's Response to Petition for Writ of Habeas Corpus by Immigration and Naturalization Board of Administration(res). (Britt, Stephen), (Document Number 5) which was electronically filed on July 15, 2002. The original attachments are this day being hand delivered to the Clerk's Office.

                                        Respectfully submitted,

                                        PATRICK L. MEEHAN
                                        UNITED STATES ATTORNEY

                                        _____
                                        STEPHEN J. BRITT
                                        Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

        Sergio Ceballos
        ES - 2086
        P.O. Box 1000
        Houtzdale, PA 16698-1000

        _____
        SUSAN R. BECKER
        Assistant United States Attorney

Dated: July 15, 2002